# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:04CV00059 |
| CHARLOTTE Q. GRANT, | ) ) ) | |
| Defendant. | ) | |

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on Plaintiff DIRECTV, Inc.'s request for entry of default judgment. (Pleading No. 8.) After considering the request, the affidavits and other evidence on file, the Court finds the record supports entry of default judgment pursuant to either 47 U.S.C. § 605(a)&(e) or 18 U.S.C. §§ 2511(a) and 2520.

**IT IS RECOMMENDED** that Plaintiff DIRECTV, Inc.'s motion for default judgment (Pleading No. 8) be granted and that Defendant Grant be permanently enjoined from committing or assisting in the commission of any violation of the Cable Communications Policy Act of 1984, as amended, 47 U.S.C. § 605(a), or committing or assisting in committing any violation of 18 U.S.C. § 2511.

The default judgment against Defendant Grant should be in the sum of $10,000.00, the amount claimed, with costs and disbursements in the amount of $240.00, and attorney fees in the sum of $585.96, amounting in all to the sum of $10,825.96, plus post-judgment interest at the legal rate in effect to accrue thereon from the date of the judgment forward until paid.


/s/ P. Trevor Sharp
United States Magistrate Judge

Date: November 4, 2005