IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **DIRECTV, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV00059 |
| | ) | |
| **CHARLOTTE Q. GRANT,** | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 4, 2005, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff DIRECTV, Inc.'s motion for default judgment as to Defendant Grant (Pleading No. 8) is granted, and default judgment is hereby entered against Defendant Grant in the sum of $10,000.00, the amount claimed, with costs and disbursements in the amount of $240.00, and attorney fees in the sum of $585.96, amounting in all to the sum of $10,825.96, plus post-judgment interest on the total amount of this judgment at the legal rate in effect to accrue thereon from the date of the judgment forward until paid.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Grant is permanently enjoined from committing or assisting in the commission of any violation of the Cable Communications Policy Act of 1984, as amended, 47 U.S.C. § 605(a), or committing or assisting in committing any violation of 18 U.S.C. § 2511.

The Court further finds under Rule 54(b) that there is no just reason for delay and therefore directs entry of judgment against Defendant Grant.

This the day of March 23, 2006

       /s/ N. Carlton Tilley, Jr.
United States District Judge